Stillman Legal P.C.

October 23, 2026

**VIA CM/ECF**

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: Lalvay Heras v. 2451 Broadway Market Inc. et al.**
**1:26-cv-02943-MMG**
**Request to Adjourn Initial Pretrial Conference**

Dear Judge Garnett:

I represent Plaintiff and respectfully request an adjournment of the initial pretrial conference scheduled for November 9, 2026, at 9:30 a.m., pursuant to the Court's October 5, 2026 Order (ECF No. 24).

I will be outside the United States November 6–15, 2026, for a previously planned family vacation and unavailable for appearances, including remotely, during November 9–13.

Defense counsel, Janese N. Thompson, and my office conferred on October 22, 2026, and agreed to propose November 17, November 18 in the morning, or November 24, 2026, for a conference, subject to the Court's availability and approval.

I also request that the joint pre-conference letter and proposed case management plan be due seven days before the rescheduled conference. Thank you for the Court's consideration.

Respectfully submitted,

Lina Stillman, Esq.
Attorney for Plaintiff

cc: Janese N. Thompson, Esq. (via ECF)

GRANTED. The Initial Pretrial Conference is hereby ADJOURNED to **November 17, 2026 at 9:30 a.m.** The deadline to submit the related joint letter and proposed case management plan is hereby EXTENDED to **November 10, 2026.** The Clerk of Court is respectfully instructed to terminate Dkt. no. 25.

SO ORDERED. Dated, October 23, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE